IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARIO REED, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 2:23-cv-02569-atc |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| POPLAR ARTS LOFTS, LLC; | § | |
| RENAISSANCE GROUP, INC.; | § | |
| VINCENT D. SMITH, JR.; POPLAR | § | |
| ARTS, L.P.; AND MONTGOMERY | § | |
| MARTIN CONTRACTORS, LLC, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

Notice is hereby provided to the Court, that Plaintiff Mario Reed has served Plaintiff's Designation of Experts on the Defendants, by and through their counsel of record, on the 24th day of May 2024, by electronic email.

Dated: May 24, 2024.

               Respectfully Submitted,

               CALHOUN &AMP; ASSOCIATES

               */s/ Eric G. Calhoun*
               Eric G. Calhoun
               Texas Bar No. 03638800
               1595 N. Central Expressway
               Richardson, Texas 75080
               Telephone: (214) 766-8100
               Facsimile: (214) 308-1947
               eric@ecalhounlaw.com
               egcla@ecalhounlaw.com (Assistant)

               M. Todd Sandahl #19167
               Attorney at Law
               234 First Avenue South
               Franklin, Tennessee 37064

        Telephone: (615) 794-3450
        Facsimile: (615) 794-3510
        tsandahl@mtslaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Jefferson C. Orr<br>SMITH CASHION & ORR, PLC<br>3100 West End Avenue, Suite 800<br>One American Center<br>Nashville, TN 37203<br>jorr@smithcashion.com | *Counsel for Defendant Renaissance Group, Inc.* |
| Jonathan E. Nelson<br>BASS, BERRY & SIMS PLC<br>THE TOWER AT PEABODY PLACE<br>100 Peabody Place, Suite 1300<br>Memphis, TN 38103<br>jenelson@bassberry.com | *Counsel for Defendants Poplar Arts Lofts, LLC and Vincent D. Smith, Jr.* |
| Brian L. Yoakum<br>Joseph T. Getz<br>EVANS PETREE, PC<br>1715 Aaron Brenner Dr., Suite 800<br>Memphis, TN 38120<br>byoakum@evanspetree.com<br>jgetz@evenspetree.com | *Counsel for Defendant Montgomery Martin Contractors, LLC* |
| Jeremy G. Alpert<br>GLANKLER BROWN, PLLC<br>6000 Poplar Ave., Suite 400<br>Memphis, TN 38119<br>jalpert@Glankler.com | *Counsel for Defendant Poplar Arts, L.P.* |
| M. Todd Sandahl<br>Attorney at Law<br>234 First Avenue South<br>Franklin, Tennessee 37064<br>tsandahl@mtslaw.com | *Co-Counsel for Plaintiff Mario Reed* |

        */s/ Eric G. Calhoun*
        Eric G. Calhoun